# United States District Court
# Western District of North Carolina
# Charlotte Division

| Kanisha Monique Latrice Erwin, | ) | JUDGMENT IN CASE |
| --- | --- | --- |
| Plaintiff(s), | ) | 3:23-cv-00762-FDW-SCR |
| vs. | ) | |
| Gaston County Department of Health & Human Services et al, Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 10, 2024 Order.

January 10, 2024

Katherine Hord Simon, Clerk
United States District Court